UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-00216-WLH-SKx | Date | May 24, 2024 |
|---|---|---|---|
| Title | Thomas A. Morin et al v. Dealers' Choice Truckaway System, Inc. et al | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Holidae Crawford | April Lassiter-Benson |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Sam K Kim | Christopher Chad McNatt, Jr |

**Proceedings:**   **PLAINTIFF'S MOTION FOR SETTLEMENT APPROVAL OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT [41]; PLAINTIFF'S MOTION FOR ATTORNEY FEES COSTS AND SERVICE AWARDS [42]**

   The matter is called and counsel state their appearances. For reasons stated on the record, Plaintiff's Motion For Settlement Approval of Final Approval of Class Action Settlement and Plaintiff's Motion for Attorney Fees, Costs and Service Awards proposed order is adopted as the final. (DKTS. [41] & [42])

|   | - | : | 02 |
|---|---|---|---|
| | Initials of Deputy Clerk | HC | |